Arthur J. Lehmann, a minor, by Martha Lehmann, his mother and next friend, appellee, v. City of Chicago, appellant.   Gen. No. 34,571.

Opinion filed May 13, 1931.
Samuel A. Ettelson, Corporation Counsel, and William D. Saltiel, City Attorney, for appellant; Samuel L. Golan and Kathryn M. Bar-

asa, Assistant City Attorneys, and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. Charles G. Palmer, for appellee; Clyde C. Fisher, of counsel.

Mr. Justice Friend delivered the opinion of the court.